CASE NO. EDCV 12-1615-GAF(PJW)

ATTN: Deputy Clerk

On October 5, 2012 I received a minute order stating my petition for writ of Habeas corpus and motion to stay and abeyance was filed on September 21, 2012.
Also the clerk was directed to serve Respondent with a copy of the petition, Petitioner's request for a stay and abeyance.
The Respondent shall file an opposition to Petitioner's request for a stay or a notice of non-opposition by November 5, 2012.
Today is November 13, 2012 I have not received a notice from the Respondent or the courts.
I would like to know if the respondent answer Petitioner's request for a stay and abeyance.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 13, 2012          Singal Morrison
                                 DECLARANT/PRISONER
                                 IN PRO PER

STATE OF CALIFORNIA                                          COUNTY OF KERN

## VERIFICATION

C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 17460

I SINQUE MORRISON declare under penalty of perjury that: I am the Petitioner in the above entitled action. I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 11 day of 13. 2012, Kern Valley State Prison.

Signature _Sinque Morrison_
DECLARANT/PRISONER

---

## PROOF OF SEVICE BY MAIL

C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746

I SINQUE MORRISON, am a resident of California State Prison, in the County of KERN, State of California: I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 5 102, Delano, CA. 93216.

On NOVEMBER 13, 2012, I served the foregoing Letter

_____

_____

_____

Set forth exact title of document(s) served

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s) with postage thereof fully paid, in the United States Mail, in a deposit box so provided at KERN Valley State Prison, Delano, CA. 93215.

United States District Court Office of the Clerk U.S. Courthouse, Room G8 Los Angeles, California 90012-4797

List parties served

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: NOVEMBER 13, 2012                _Sinque Morrison_
                                         DECLARANT/PRISONER