UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINQUE BEIANA MORRISON,<br><br>              Petitioner,<br><br>      v.<br><br>P. DENNY, ASSOCIATE WARDEN, ET AL.,<br><br>              Respondents. | CASE NO. ED CV 12-1615-GAF (PJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

    Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and therefore, a certificate of appealability is denied.  *See* 28 U.S.C.

§ 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:      May 16, 2014      .

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\EDCV 12-1615 GAF (PJW) ORD.wpd