UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SINQUE BEIANA MORRISON, | ) | CASE NO. ED CV 12-1615-GAF (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| P. DENNY, ASSOCIATE WARDEN, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 16, 2014.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\EDCV 12-1615 GAF (PJW) - Judgment.wpd