# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RETURN OF RECORDS TRANSMITTAL FROM 9TH CIRCUIT

Routed to Santa Ana, Southern Division: ☐    Date Received: 3/26/15

Routed to Riverside, Eastern Division: ☐    Time Received: _____

Routed to Laguna Niguel, ☐
National Archives & Records Administration:

---

Case File Number: 5:12-cv-01615-GAF-PJW

Title Case Name: Sinque Beiana Morrison v. P. Denny et al

Volume Number: _____ through _____

Transcripts (number received): _____

Other Court Documents: Two large boxes of state lodge documents.

---

Case File Underseal:   ☐ Yes  ☒ No     Case File Restricted:  ☐ Yes  ☒ No

Exhibits Received (number of boxes): _____

Sealed documents routed to Exhibits:   ☐ Yes  ☒ No

Case File routed to Re-file area:   ☐ Yes  ☒ No     Transcripts routed to Re-file area: ☐ Yes  ☒ No

Case File routed to NARA:   ☐ Yes  ☒ No     Transcripts routed to NARA:   ☐ Yes  ☒ No

Case File routed to B-47 area:   ☐ Yes  ☒ No     Transcripts routed to B-47 area:  ☐ Yes  ☒ No

Received by Records Clerk: RSMITH